15422.  BREEDLOVE, executor, *et al. v.* WOOLEY.

LUKE, J.  The evidence authorized the verdict, which has the approval of the trial judge.  The one special assignment of error upon the court's failure to charge is without merit.  For no reason pointed out did the court err in overruling the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Lien foreclosure; from Walton superior court—Judge Fortson. January 16, 1924.

*Orrin Roberts,* for plaintiffs in error.

*R. L. & H. C. Cox,* contra.

---

15432.  OLIVIT BROTHERS INCORPORATED *v.* ADAMS FARMS INCORPORATED.

BLOODWORTH, J.  The instructions given the jury in this case cover fully the issues made, and no excerpt therefrom, of which complaint is made in the motion for a new trial, when considered in connection with the other instructions given and all the facts of the case, shows reversible error; the questions of fact were passed upon by the jury, and this court cannot say that their finding is not supported by evidence.

> *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 7, 1924.  REHEARING DENIED NOVEMBER 12, 1924.

Action for breach of contract; from Bibb superior court—Judge Malcolm D. Jones.  February 2, 1924.

*Martin, Martin & Baldwin, C. M. Williams,* for plaintiff in error.

*John R. L. Smith, Grady C. Harris, J. LeConte Smith,* contra.